

8TH JUDICIAL DISTRICT COURT
UNION COUNTY NM
FILED IN MY OFFICE
5/2/2016 2:42:17 PM
BERNABE P. STRUCK
DISTRICT COURT CLERK
Rhonda Aragon

THE STATE OF NEW MEXICO
COUNTY OF UNION
IN THE EIGHTH JUDICIAL DISTRICT COURT

MICHAEL ST. CLAIR,

    Plaintiff

v.

THE GEO GROUP, Inc., a
Florida Corporation,
NENMDF DRUMM, an individual,
DEPUTY WARDEN HORTON,
an individual, LT. BEATTY, an individual,
WARDEN HATCH, an individual

    Defendants.

CASE NO. D-818-CV-2016-00023

EMILIO J. CHAVEZ
District Judge, Division I

## MICHAEL ST. CLAIR'S COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

Michael St. Clair for his complaint for damages for personal injury states as follows:

### THE PARTIES

1. Plaintiff currently resides in a correctional facility in Kentucky.

2. Defendant THE GEO GROUP, INC. is a Florida Corporation, publicly traded on the New York Stock Exchange (GEO), and operates the Northeastern New Mexico Detention Center in Union County, New Mexico near the town of Clayton.

3. Defendant Drumm was employed by the GEO GROUP in 2013 in its Clayton, New Mexico Facility.

4. Defendant Deputy Warden Horton was employed by the GEO GROUP in 2013

in its Clayton, New Mexico Facility.

5. Defendant Warden Hatch was employed by the GEO Group in 2013 in its Clayton, New Mexico Facility.

6. Defendant Lt. Beatty was employed by the GEO Group in 2013 in its Clayton, New Mexico Facility.

## JURISDICTION AND VENUE

7. Plaintiff incorporates by reference paragraphs 1 through 6 above as if fully set out again.

8. Pursuant to NM Const. Art. VI, §13, this Court has jurisdiction over the parties and the subject matter of this case.

9. Because the incidents causing the plaintiff's injuries occurred in Union County, NM the proper venue for this claim is The Eighth Judicial District Court in Union County, New Mexico.

## COUNT I - PERSONAL INJURY Fall

10. Plaintiff incorporates by reference paragraphs 1 through 9 above as if fully set out again.

11. In March, 2013, plaintiff was incarcerated at the Northeast New Mexico Detention Center (NENMDC) which is a privately operated prison facility in Union County, New Mexico.

12. On March 16, 2013, Defendant Drumm tossed a roll of toilet paper through the access panel on plaintiff's cell door.

13. Plaintiff tried to catch the roll, slipped on the wet floor, and fell on his back.

14. Plaintiff's back was injured in the fall.

15. Defendants failed to provide medical care for plaintiff for several days though he requested same.

16. Plaintiff continues to suffer back pain notwithstanding that it has been three years since he was injured.

17. Defendant Drumm knew the floor in plaintiff's cell was wet and slippery.

18. Defendant Drumm acted with reckless disregard for plaintiff's safety and well being.

19. Defendant Drumm, Lt. Beatty, Deputy Warden Beatty, and Warden Hatch all failed to provide medical care as needed though they were all aware of plaintiff's requests for same.

WHEREFORE plaintiff prays this Court order:

a) Compensation for pain and suffering resulting from his injury in an amount to be proven at trial;

b) Compensation for future medical care as required in an amount to be proven at trial;

c) Punitive damages in an amount sufficient to punish GEO Group and its employees for causing the accident and for their callous disregard of plaintiff's injury;

d) Such other and further compensation as this Court believes is just and fair.

## COUNT II - EXPOSURE TO PHASE-4 GAS

20. Plaintiff incorporates by reference paragraphs 1 through 19 above as if fully set out again.

21. On May 2, 2013, the Union County Sheriff's Deputies, with the knowledge and concurrence of the defendants, sprayed Phase-4 Gas in the area of the NENMDC in which plaintiff was housed.

22. The gas fumes were highly toxic and upon being breathed in by plaintiff caused him to be unable to breathe, injured his chest and lungs, rendered him unconscious, and required that he be transported to the infirmary.

23. Both the Sheriff's Deputies and the defendant NENMDC employees were aware that Phase-4 Gas was toxic to humans, and that exposure to the gas could cause injury or even death.

24. Notwithstanding defendants' knowledge of the dangers of Phase-4 gas, the defendants took no precautions to protect plaintiff.

25. Defendants acted with reckless disregard toward plaintiff by failing to remove him from the area to be permeated by the gas thus causing him pain, suffering, and lasting injury to his lungs.

26. Defendants engaged in a pattern and practice of causing injury to plaintiff, ignoring his general welfare and failing to provide him prompt medical care.

WHEREFORE plaintiff prays this Court order:

e) He be compensated for pain and suffering resulting from his injury in an

amount to be proven at trial;

f) He be compensated for future medical care as required in an amount to be proven at trial;

g) An award of Punitive damages in an amount sufficient to punish GEO Group and its employees for permitting the spraying of a noxious gas and for their callous disregard of plaintiff's injury;

h) Such other and further compensation as this Court believes is just and fair.

Respectfully submitted,

The Law Firm of Stacey A. Ward Esq. LLC

By *Stacey A. Ward*
Stacey A. Ward
P.O. Box 879
Los Lunas NM 87031
Phone (505) 238-5797
Email: staceyaward@gmail.com