# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MICHAEL ST. CLAIR,

     Plaintiff,

vs.                                                                 No. CIV 16-1229 JB/CG

THE GEO GROUP, INC., FNU DRUMM,
FNU HORTON, FNU BEATTY, FNU
HATCH,

     Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on Certain Defendants' Response to Order to Show Cause, filed January 16, 2017 (Doc. 7)("Response"), responding to the Court's Memorandum Opinion and Order to Show Cause, filed December 19, 2016 (Doc. 5)("MOO"), which required Defendant The GEO Group, Inc., FNU Beatty, and FNU Hatch (collectively "The GEO Group Defendants") to show cause why the Court could not remand this action to the Eighth Judicial District, Union County, State of New Mexico, for lack of jurisdiction. Because the Response does not raise claims that arise under federal law, the Court concludes that it lacks federal-question jurisdiction pursuant to 28 U.S.C. § 1331. Accordingly, the Court enters Final Judgment in this matter and remands the case to the Eighth Judicial District, Union County, State of New Mexico.

**IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) this case is remanded to the Eighth Judicial District, Union County, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Stacy Ward
Los Lunas, New Mexico

    *Attorney for the Plaintiff*

April D. White
Yenson, Allen & Wosick, P.C.
Albuquerque, New Mexico

    *Attorney for Defendants The Geo Group, Inc., Beatty, and Hatch*